LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
glafayette@lkclaw.com
MICHAEL J. ENG (State Bar No. 230788)
meng@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605
*Attorneys for Defendant*
DEBORAH EDGERLY

RUIZ & SPEROW, LLP
CELIA M. RUIZ (State Bar No. 87671)
cmruiz@ruizlaw.com
JONATHAN D. MARTIN (State Bar No. 188744)
jmartin@ruizlaw.com
Watergate Tower III
2000 Powell Street, Suite 1655
Emeryville, CA 94608
Telephone: (510) 594-7980
Facsimile: (510) 594-7988
*Attorneys for Defendant*
CITY OF OAKLAND

LAW OFFICES OF JOHN L. BURRIS
JOHN L. BURRIS (State Bar No. 69888)
John.Burris@JohnBurrisLaw.com
7677 Oakport Street, Suite 1120
Oakland, California 94621-1939
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
*Attorneys for Plaintiff*
LARAE BROWN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARAE BROWN, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF OAKLAND, a municipal corporation; DEBORAH EDGERLY, in her official capacity as the City Administrator for the CITY OF OAKLAND; DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. C 08-03972 VRW <br><br> Complaint Filed: 8/20/2008 <br> Amended Complaint Filed: 3/12/2009 <br><br> **JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING AND [PROPOSED] ORDER MODIFYING PRETRIAL SCHEDULING** |

Due to Plaintiff LARAE BROWN's counsel's trial schedule, Defendant DEBORAH EDGERLY's counsel's trial schedule, and Defendant CITY OF OAKLAND's counsel's unavailability, the parties in the above-entitled action have not been able to complete discovery, including the taking of depositions. The parties, through their counsel of record, hereby stipulate to and request an order modifying the pretrial scheduling in the September 17, 2009, Civil Pretrial Minutes. The parties request the following scheduling:

(a) Non-expert discovery cut-off — October 29, 2010
(b) Last day to disclose expert witnesses — November 16, 2010
(c) Last day to disclose rebuttal expert witnesses — November 30, 2010
(d) Expert discovery cut-off — December 30, 2010
(e) Last day to hear dispositive motions — April 14, 2011
(f) Pretrial conference — May 26, 2011

Respectfully submitted,

Dated: June 23, 2010     LAFAYETTE & KUMAGAI LLP

            /s/ Michael J. Eng
MICHAEL J. ENG
Attorneys for Defendant
DEBORAH EDGERLY

Dated: June 29, 2010     RUIZ & SPEROW, LLP

            /s/ Jonathan D. Martin
JONATHAN D. MARTIN
Attorneys for Defendant
CITY OF OAKLAND

Dated: June 23, 2010     LAW OFFICES OF JOHN L. BURRIS

            /s/ John L. Burris
JOHN L. BURRIS
Attorney for Plaintiff
LARAE BROWN

# **ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED:

The pretrial scheduling in the September 17, 2009, Civil Pretrial Minutes is modified as follows:

| | | | |
|---|---|---|---|
| (a) | Non-expert discovery cut-off | | October 29, 2010 |
| (b) | Last day to disclose expert witnesses | | November 16, 2010 |
| (c) | Last day to disclose rebuttal expert witnesses | | November 30, 2010 |
| (d) | Expert discovery cut-off | | December 30, 2010 |
| (e) | Last day to hear dispositive motions | | April 14, 2011 at 10:00AM |
| (f) | Pretrial conference | | May 26, 2011 at 3:30PM |

IT IS SO ORDERED.

Date: ___July 12___, 2010



Judge Vaughn R Walker
United States District Court