LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
glafayette@lkclaw.com
MICHAEL J. ENG (State Bar No. 230788)
meng@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605
*Attorneys for Defendant*
DEBORAH EDGERLY

RUIZ & SPEROW, LLP
CELIA M. RUIZ (State Bar No. 87671)
cmruiz@ruizlaw.com
JONATHAN D. MARTIN (State Bar No. 188744)
jmartin@ruizlaw.com
Watergate Tower III
2000 Powell Street, Suite 1655
Emeryville, CA 94608
Telephone: (510) 594-7980
Facsimile: (510) 594-7988
*Attorneys for Defendant*
CITY OF OAKLAND

LAW OFFICES OF JOHN L. BURRIS
JOHN L. BURRIS (State Bar No. 69888)
John.Burris@JohnBurrisLaw.com
7677 Oakport Street, Suite 1120
Oakland, California 94621-1939
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
*Attorneys for Plaintiff*
LARAE BROWN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARAE BROWN, | Case No. C 08-03972 VRW |
| Plaintiff, | Complaint Filed: 8/20/2008<br>**Amended Complaint Filed: 3/12/2009** |
| v. | |
| CITY OF OAKLAND, a municipal corporation; DEBORAH EDGERLY, in her official capacity as the City Administrator for the CITY OF OAKLAND; DOES 1 through 25, inclusive, | **JOINT STIPULATION TO MODIFY AND TEMPORARILY VACATE JULY 12, 2010, PRETRIAL SCHEDULING AND [~~PROPOSED~~] ORDER MODIFYING AND TEMPORARILY VACATING JULY 12, 2010, PRETRIAL SCHEDULING** |
| Defendants. | |

Plaintiff Larae Brown, Defendant City of Oakland, and Defendant Deborah Edgerly (collectively the "Parties") through their respective counsel stipulate as follows:

WHEREAS, the non-expert discovery cut-off date is October 29, 2010;

WHEREAS, the Parties have been working cooperatively and diligently in trying to schedule depositions for mutually available dates;

WHEREAS, due to a series of unavoidable events occurring within the same time period for the Parties, the Parties were unable to agree to a mutual schedule of depositions;

WHEREAS, these unavoidable events included four jury trials, one class action trial preparation, two motions for class certification, motions for preliminary injunctions, and monitoring of activities from a prior class action litigation;

WHEREAS, the Parties are prepared to continue to work cooperatively and diligently to agree to a mutual schedule of depositions;

WHEREAS, the Parties believe that it is to their best interests to conduct limited discovery of five witnesses and then proceed to mediation to try to resolve this litigation, and pursuant to that plan, the Parties agree to conduct critical depositions of Plaintiff Larae Brown, Defendant Deborah Edgerly, and possibly three other witnesses;

WHEREAS, the Parties plan to complete the aforementioned depositions by January 10, 2011;

WHEREAS, the Parties plan to go to mediation before the end of February 2011;

WHEREAS, the Parties stipulate to modify the July 12, 2010, Pretrial Scheduling, and to continue the non-expert discovery cut-off date to January 10, 2011.

WHEREAS, the Parties stipulate to temporarily vacate the following dates in the July 12, 2010, Pretrial Scheduling until after the Parties have had an opportunity to go to mediation: November 16, 2010 (Last day to disclose expert witnesses), November 30, 2010 (Last day to disclose rebuttal expert witnesses), December 30, 2010 (Expert discovery cut-off), April 14, 2011 (Last day to hear dispositive motions), and May 26, 2011 (Pretrial conference); and

WHEREAS, the Parties agree that if this case is not resolved during mediation, the Parties will provide the Court with a new proposed pretrial scheduling and to complete the remaining

1  discovery;

2  IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

3  That the July 12, 2010, Pretrial Scheduling be modified and that the non-expert discovery cut-off date be continued to January 10, 2011;

That the following dates in the July 12, 2010, Pretrial Scheduling be temporarily vacated until after the Parties have had an opportunity to go to mediation: November 16, 2010 (Last day to disclose expert witnesses), November 30, 2010 (Last day to disclose rebuttal expert witnesses), December 30, 2010 (Expert discovery cut-off), April 14, 2011 (Last day to hear dispositive motions), and May 26, 2011 (Pretrial conference); and

That if this case is not resolved during mediation, the Parties will provide the Court with a new proposed pretrial scheduling and to complete the remaining discovery.

Respectfully submitted,

Dated: October 25, 2010            LAFAYETTE & KUMAGAI LLP

                                    /s/ Michael J. Eng
                                   MICHAEL J. ENG
                                   Attorneys for Defendant
                                   DEBORAH EDGERLY


Dated: October 25, 2010            RUIZ & SPEROW, LLP

                                    /s/ Jonathan D. Martin
                                   JONATHAN D. MARTIN
                                   Attorneys for Defendant
                                   CITY OF OAKLAND


Dated: October 25, 2010            LAW OFFICES OF JOHN L. BURRIS

                                    /s/ John L. Burris
                                   JOHN L. BURRIS
                                   Attorney for Plaintiff
                                   LARAE BROWN

**ORDER**

PURSUANT TO THE STIPULATION BETWEEN THE PARTIES IT IS HEREBY ORDERED:

The non-expert discovery cut-off date of October 29, 2010, in the July 12, 2010, Pretrial Scheduling is continued to January 10, 2011.

The following dates in the July 12, 2010, Pretrial Scheduling shall be temporarily vacated until after the Parties have had an opportunity to go to mediation: November 16, 2010 (Last day to disclose expert witnesses), November 30, 2010 (Last day to disclose rebuttal expert witnesses), December 30, 2010 (Expert discovery cut-off), April 14, 2011 (Last day to hear dispositive motions), and May 26, 2011 (Pretrial conference). If this case is not resolved during mediation, the Parties will provide the Court with a new proposed pretrial scheduling and to complete the remaining discovery.

IT IS SO ORDERED.

Date: Nov 5, 2010



Judge Vaughn R Walker
Chief Judge
United States District Court