1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 88666)
2  glafayette@lkclaw.com
   MICHAEL J. ENG (State Bar No. 230788)
3  meng@lkclaw.com
   100 Spear Street, Suite 600
4  San Francisco, California 94105
   Telephone: (415) 357-4600
5  Facsimile: (415) 357-4605
   *Attorneys for Defendant*
6  DEBORAH EDGERLY

7  RUIZ & SPEROW, LLP
   CELIA M. RUIZ (State Bar No. 87671)
8  cruiz@ruizlaw.com
   JONATHAN D. MARTIN (State Bar No. 188744)
9  jmartin@ruizlaw.com
   Watergate Tower III
10 2000 Powell Street, Suite 1655
   Emeryville, CA 94608
11 Telephone: (510) 594-7980
   Facsimile: (510) 594-7988
12 *Attorneys for Defendant*
   CITY OF OAKLAND
13

14 LAW OFFICES OF JOHN L. BURRIS
   JOHN L. BURRIS (State Bar No. 69888)
15 John.Burris@JohnBurrisLaw.com
   7677 Oakport Street, Suite 1120
16 Oakland, California 94621-1939
   Telephone: (510) 839-5200
17 Facsimile: (510) 839-3882
   *Attorneys for Plaintiff*
18 LARAE BROWN

19                    UNITED STATES DISTRICT COURT

20              FOR THE NORTHERN DISTRICT OF CALIFORNIA

21                        SAN FRANCISCO DIVISION

| | |
|---|---|
| LARAE BROWN, | Case No. C08-03972 VRW |
| Plaintiff, | Complaint Filed: 8/20/2008<br>**Amended Complaint Filed: 3/12/2009** |
| v. | |
| CITY OF OAKLAND, a municipal corporation; DEBORAH EDGERLY, in her official capacity as the City Administrator for the CITY OF OAKLAND; DOES 1 through 25, inclusive, | **STIPULATION TO EXTEND DISCOVERY CUT-OFF AND [PROPOSED] ORDER EXTENDING DISCOVERY CUT-OFF** |
| Defendants. | |

1  Plaintiff LaRae Brown, Defendant City of Oakland, and Defendant Deborah Edgerly
2  (collectively the "Parties") through their respective counsel stipulate as follows:
3  WHEREAS, pursuant to this Court's order dated November 5, 2010, the non-expert
4  discovery cut-off date was continued from October 29, 2010 to January 10, 2011 due to
5  difficulties experienced by the Parties in finding mutually available dates for key depositions, as
6  described in the prior stipulation of the Parties dated October 25, 2010;
7  WHEREAS, the Parties have been working cooperatively and diligently in trying to
8  schedule depositions for mutually available dates;
9  WHEREAS, the Parties have completed one day of the deposition of plaintiff LaRae
10  Brown;
11  WHEREAS, due to ongoing availability issues, the Parties have, despite reasonable and
12  good faith efforts, been unable to find mutually convenient dates prior to the current non-expert
13  discovery cut-off date of January 10, 2011 to complete the depositions of plaintiff LaRae Brown
14  and certain other key witnesses;
15  WHEREAS, after extensive consultation among themselves, the Parties have tentatively
16  agreed upon the following schedule for the completion of said depositions:
17  January 21, 2011:  Bill Noland
18  January 24, 2011:  Cheryl Taylor and Terry Adelman
19  January 28, 2011:  LaRae Brown (second day)
20  February 1, 2011:  Deborah Edgerly
21  This scheduling is subject to the schedule of defendant Deborah Edgerly's lead counsel
22  Gary Lafayette, who is currently scheduled to be in trial in the Superior Court of California,
23  Fresno County, in a multi-plaintiff sexual harassment case beginning on January 18, 2011.  If the
24  trial proceeds as scheduled, at least one of the above dates may need to be rescheduled, in which
25  case the Parties have agreed to work cooperatively and diligently to select new date(s) as
26  necessary.  Further, three of the witnesses listed above (Noland, Taylor and Adelman) are not, or
27  will imminently no longer be, under the control of any party to this action and therefore must be
28  subpoenaed.

1     WHEREAS, the Parties continue to believe that it is to their best interests to conduct limited discovery of the aforementioned five witnesses and then proceed to mediation to try to resolve this litigation;

4     WHEREAS, the Parties plan to go to mediation by the end of March 2011;

5     WHEREAS, the Parties stipulate to continue the non-expert discovery cut-off date from January 10, 2011 to February 15, 2011; and

7     WHEREAS, the Parties agree that if this case is not resolved during mediation, the Parties will provide the Court with a new proposed pretrial scheduling and to complete any remaining discovery;

10     IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

11     That the non-expert discovery cut-off date be continued from January 10, 2011 to February 15, 2011; and

13     That if this case is not resolved during mediation, the Parties will provide the Court with a new proposed pretrial scheduling and to complete the remaining discovery.

    Respectfully submitted,

Dated: January 5, 2011    LAFAYETTE & KUMAGAI LLP

    /s/ Michael J. Eng
MICHAEL J. ENG
Attorneys for Defendant
DEBORAH EDGERLY

Dated: January 5, 2011    RUIZ & SPEROW, LLP

    /s/ Jonathan D. Martin
JONATHAN D. MARTIN
Attorneys for Defendant
CITY OF OAKLAND

Dated: January 5, 2011    LAW OFFICES OF JOHN L. BURRIS

    /s/ John L. Burris
JOHN L. BURRIS
Attorney for Plaintiff
LARAE BROWN

# ORDER

PURSUANT TO THE STIPULATION BETWEEN THE PARTIES IT IS HEREBY ORDERED:

The non-expert discovery cut-off date of January 10, 2011 is continued to February 15, 2011. If this case is not resolved during mediation, the Parties will provide the Court with a new proposed pretrial scheduling and to complete any remaining discovery.

IT IS SO ORDERED.

Date: __January 6__, 2011

_____
United States District Court Judge

*Judge Vaughn R Walker*