LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 88666)
glafayette@lkclaw.com
MICHAEL J. ENG (State Bar No. 230788)
meng@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605
*Attorneys for Defendant*
DEBORAH EDGERLY

RUIZ & SPEROW, LLP
CELIA M. RUIZ (State Bar No. 87671)
cruiz@ruizlaw.com
JONATHAN D. MARTIN (State Bar No. 188744)
jmartin@ruizlaw.com
Watergate Tower III
2000 Powell Street, Suite 1655
Emeryville, CA 94608
Telephone: (510) 594-7980
Facsimile: (510) 594-7988
*Attorneys for Defendant*
CITY OF OAKLAND

LAW OFFICES OF JOHN L. BURRIS
JOHN L. BURRIS (State Bar No. 69888)
John.Burris@JohnBurrisLaw.com
7677 Oakport Street, Suite 1120
Oakland, California 94621-1939
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
*Attorneys for Plaintiff*
LARAE BROWN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARAE BROWN,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation; DEBORAH EDGERLY, in her official capacity as the City Administrator for the CITY OF OAKLAND; DOES 1 through 25, inclusive,<br><br>  Defendants. | Case No. C08-03972 VRW<br><br>Complaint Filed: 8/20/2008<br>**Amended Complaint Filed: 3/12/2009**<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF AND [PROPOSED] ORDER EXTENDING DISCOVERY CUT-OFF** |

1    Plaintiff LaRae Brown, Defendant City of Oakland, and Defendant Deborah Edgerly
2  (collectively the "Parties") through their respective counsel stipulate as follows:
3    WHEREAS, the Court, upon stipulation of the Parties through their respective counsel,
4  and to facilitate the Parties' intent to mediate this dispute, set February 15, 2011, as an interim
5  non-expert discovery completion date, and vacating the pretrial scheduling order in all other
6  respects;
7    WHEREAS, the Parties continue to believe that it is to their best interests to conduct
8  limited discovery of five critical witnesses (Larae Brown, Bill Noland, Deborah Edgerly, Terry
9  Adelman, and Cheryl Taylor) and then proceed to mediation to try to resolve this litigation;
10    WHEREAS, the Parties have completed the depositions of Terry Adelman and Cheryl
11  Taylor, and one day of the deposition of Plaintiff LaRae Brown;
12    WHEREAS, the Parties have been continuing to work cooperatively and diligently in
13  trying to schedule mutually available dates to complete the remaining depositions;
14    WHEREAS, the previous mutually agreed-upon deposition schedule was subject to the
15  trial schedule of Defendant Deborah Edgerly's lead counsel Gary Lafayette, who was scheduled
16  to be in trial in the Superior Court of California in Fresno County beginning on January 18, 2011;
17    WHEREAS, the trial in Fresno County proceeded as scheduled and will continue at least
18  through February 25, 2011;
19    WHEREAS, Mr. Lafayette is scheduled to be in trial in the Superior Court of California
20  in San Francisco County beginning on February 22, 2011. A request has been made to continue
21  the trial to March 14, 2011, and the matter will be heard on February 15, 2011;
22    WHEREAS, Mr. Lafayette is scheduled to be in trial in the Superior Court of California
23  in Merced County beginning on April 12, 2011;
24    WHEREAS, Bill Noland is not under the control of any party to this action and, therefore,
25  must be subpoenaed;
26    WHEREAS, due to ongoing availability issues, the Parties have, despite reasonable and
27  good faith efforts, been unable to find mutually available dates prior to the current non-expert
28  discovery cut-off date of February 15, 2011 to complete the depositions of Plaintiff LaRae

1 | Brown, Bill Noland, and Deborah Edgerly;

2 | WHEREAS, the Parties continue to believe that it is to their best interests to conduct the aforementioned limited discovery and to complete the depositions of Plaintiff LaRae Brown, Bill Noland, and Deborah Edgerly and then proceed to mediation by June 30, 2011, to try to resolve this litigation;

WHEREAS, the Parties stipulate to continue the non-expert discovery cut-off date from February 15, 2011, to May 27, 2011; and

WHEREAS, the Parties agree that if this case is not successfully mediated by June 30, 2011, the Parties will request a scheduling conference to obtain the deadlines for the completion of expert and non-expert discovery;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

That the non-expert discovery cut-off date be continued from February 15, 2011, to May 27, 2011; and

That if this case is not successfully mediated by June 30, 2011, the Court shall set a scheduling conference on the earliest date after June 30, 2011, convenient to the Court, to consider the Parties' joint proposed pretrial scheduling order, including setting deadlines for the completion of expert and non-expert discovery.

Respectfully submitted,

Dated: February 14, 2011      LAFAYETTE & KUMAGAI LLP

_/s/ Michael J. Eng_
MICHAEL J. ENG
Attorneys for Defendant
DEBORAH EDGERLY


Dated: February 14, 2011      RUIZ & SPEROW, LLP

_/s/ Jonathan D. Martin_
JONATHAN D. MARTIN
Attorneys for Defendant
CITY OF OAKLAND

Dated: February 14, 2011           LAW OFFICES OF JOHN L. BURRIS

                                   /s/ John L. Burris
                                   JOHN L. BURRIS
                                   Attorney for Plaintiff
                                   LARAE BROWN


### ORDER

PURSUANT TO THE STIPULATION BETWEEN THE PARTIES IT IS HEREBY ORDERED:

The non-expert discovery cut-off date of February 15, 2011, is continued to May 27, 2011.

IT IS FURTHER ORDERED,

If successful mediation has not occurred by June 30, 2011, the Parties shall notify the Court and provide the Court with a joint proposed pretrial scheduling order, and the Court shall set a scheduling conference on a date after June 30, 2011, convenient to the Court.

IT IS SO ORDERED.

Date: February 15, 2011            _____
                                   United States District Court Judge