1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

*IT IS SO ORDERED*

*Judge James Ware*

19     UNITED STATES DISTRICT COURT
20     FOR THE NORTHERN DISTRICT OF CALIFORNIA
21     SAN FRANCISCO DIVISION

22 | LARAE BROWN, | Case No. C08-03972 JW
23 | Plaintiff, | **ORDER SETTING CASE**
24 | v. | **MANAGEMENT CONFERENCE**
25 | CITY OF OAKLAND, a municipal
26 | corporation; DEBORAH EDGERLY, in her official capacity as the City Administrator
27 | for the CITY OF OAKLAND; DOES 1 through 25, inclusive,
28 | Defendants.

Pursuant to the Reassignment Order, the parties have duly submitted a Joint Status Report. (Docket Item No. 64.) The parties represent that the case may be resolved by June 30, 2011 through mediation. Based on the parties' representation, and in light of the age of this case, the Court sets a Case Management Conference for **July 11, 2011 at 10 a.m.** On or before **July 1, 2011**, the parties shall file a Joint Case Management Statement. The Statement shall include, inter alia, an update on the parties' settlement efforts and a proposed schedule on how this case should proceed.

Dated: June 9, 2011

*James Ware*
JAMES WARE
United State District Chief Judge