1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7              SAN FRANCISCO DIVISION

8    Larae Brown,                          NO. C 08-03972 JW

9              Plaintiff,              **ORDER ADVANCING HEARING ON**
                                       **DEFENDANTS' MOTIONS FOR**
10       v.                            **SUMMARY JUDGMENT**

     City of Oakland, et al.,
11
              Defendants.
12   _____/

13          On November 2, 2011, the Court issued an Order setting an expedited briefing and hearing

14   schedule for Defendants' Motions for Summary Judgment[1] for November 28, 2011 in light of the

15   imminent trial set to commence on December 6, 2011.  (See Docket Item No. 99.)  Upon review, the

16   Court finds good cause to advance the hearing on the Motions to **November 21, 2011 at 9 a.m.** to

17   coincide with the Final Pretrial Conference which shall be held following the hearing.

18          The briefing schedule as set forth in the Court's November 2 Order remains unchanged.  The

19   Court will not entertain any motion for continuance of the trial schedule, in light of the age of this

20   case and the need of the Court to manage its docket.

21

22   Dated:  November 3, 2011

23                                     JAMES WARE
                                       United States District Chief Judge
24

25   _____

26          [1]  (See Notice of Defendant Deborah Edgerly's Motion and Motion for Summary Judgment
     or in the Alternative Partial Summary Judgment Pursuant to FRCP 56, hereafter, "Edgerly MSJ,"
     Docket Item No. 89.)  Defendant City of Oakland has also filed a Motion for Summary Judgment
27   which is noticed for December 5, 2011.  (See Defendant City of Oakland's Notice of Motion and
     Motion for Summary Judgment or in the Alternative Partial Summary Judgment, hereafter,
28   "Oakland MSJ," Docket Item No. 96.)

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Celia M. Ruiz cmruiz@ruizlaw.com
    Gary T. Lafayette glafayette@lkclaw.com
3   John L. Burris john.burris@johnburrislaw.com
    Jonathan David Martin jmartin@ruizlaw.com
4   Michael Jamie Eng meng@lkclaw.com
    Sasha Lankarani Slankarani@lkclaw.com

5

6   **Dated:  November 3, 2011**                    **Richard W. Wieking, Clerk**

7

8                                                   **By:____/s/ JW Chambers_____**
                                                        **Susan Imbriani**
9                                                       **Courtroom Deputy**