LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 88666)
glafayette@lkclaw.com
AFRICA E. DAVIDSON (State Bar No. 225680)
adavidson@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605
*Attorneys for Defendant*
DEBORAH EDGERLY

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARAE BROWN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation; DEBORAH EDGERLY, in her official capacity as the City Administrator for the CITY OF OAKLAND; DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. C08-03972 JW<br><br>Complaint Filed: 8/20/2008<br>Amended Complaint Filed: 3/12/2009<br><br>**APPLICATION AND [PROPOSED] ORDER TO ALLOW DEFENDANT DEBORAH EDGERLY ENTRY INTO AND USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM**<br><br>Trial Date: 5/9/2012<br>Time: 9:00 AM<br>Courtroom: 9, 19th Floor (San Francisco) |

Given that trial in this case is set to commence on May 9, 2012, Defendant Deborah Edgerly (hereinafter "Defendant"), hereby applies for leave to bring into the Courtroom and to use the following electronic and audio-visual equipment to provide the display of videotaped depositions and graphics, all of which Defendant contends will aid the Court and Jury in reviewing the presentations and evidence submitted at the trial:

1. Projector Screen;
2. Benq Projector;
3. Projector table;
4. Easel;
5. One laptop computer;
6. Associated power cords; and
7. Cart.

The above listed equipment will be brought into the courtroom and operated by Kelvin Su, a Document Specialist employed by counsel for Defendant's office.

Dated: May 3, 2012               LAFAYETTE & KUMAGAI LLP
                                 _____/s/ Africa E. Davidson_____
                                 AFRICA E. DAVIDSON
                                 Attorneys for Defendant
                                 DEBORAH EDGERLY

## ~~[PROPOSED]~~ ORDER

Pursuant to the application of Defendant Deborah Edgerly ("Edgerly"), and good cause appearing therefor, the Defendant is granted leave to bring into the Courtroom and to use the following electronic and audio-visual equipment to provide the display of videotaped depositions and graphics, all of which will aid the Court and Jury in reviewing the presentations and evidence submitted at the trial:

1. Projector Screen;
2. Benq Projector;

3. Projector table;

4. Easel;

5. One laptop computer;

6. Associated power cords; and

7. Cart.

The above listed equipment will be brought into the courtroom and operated by Kelvin Su, a Document Specialist employed by counsel for Defendant's office.

Dated: __May 7__, 2012                    _____

Hon. James Ware, United States District Judge