UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARAE BROWN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation; DEBORAH EDGERLY, in her official capacity as the City Administrator for the CITY OF OAKLAND; DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.  C08-03972 JW<br><br>**[PROPOSED]** **ORDER GRANTING PLAINTIFF LARAE BROWN'S REQUEST FOR PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR TRIAL**<br><br>Location: Courtroom 9, 19th Floor<br>Judge:  The Honorable James Ware |

*APPROVED*
*James Ware*
*Judge James Ware*

Plaintiff LaRae Brown has requested permission to bring certain equipment into the courtroom for trial presently set for May 9, 2012.

**IT IS HEREBY ORDERED** that Plaintiff LaRae Brown shall be permitted to bring and set up the following items into the courtroom on the afternoon of May 9, 2012 for the trial scheduled for May 9, 2012 at 1:00 p.m.:

1. LCD Projector
2. Portable Printer
3. Laptop computer(s)
4. Computer cable(s)
5. Connection cord(s)
6. Power cord(s)
7. Power strip(s)
8. Computer mouse(s)
9. Video switch
10. Gaffer tape
11. General office supplies
12. External computer hard drive(s)

13. Speakers

14. 4-way switching device

15. Easels

16. Foam core boards

17. Laser pointers

Counsel for LaRae Brown is directed to contact the Courtroom Deputy to schedule a time for access to the courtroom on May 9, 2012.

**IT IS SO ORDERED.**

DATED: May 9, 2012

_____
Honorable James Ware
Chief United States District Judge

**PLAINTIFF LARAE BROWN'S REQUEST FOR PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR TRIAL**  [Case No.: C08-03972 JW]

4